IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RIMONI SAILELE,<br><br>  Defendant. | No. CR 06-0316 MHP (EMC)<br><br>ORDER PERMITTING TRAVEL |

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Vallejo, California, leaving on July 31, 2006 and returning on that same day.

IT IS SO ORDERED.

DATED: 27 July 06

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

ORDER PERMITTING TRAVEL
*United States v. Rimoni Sailele*
CR06-0316 MHP (EMC)