**FEDERAL PUBLIC DEFENDER**
Northern District of California
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco 94102

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

August 30, 2006

The Honorable Edward M. Chen
United States Magistrate Judge
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:   United States v. Rimoni Sailele
              CR06-0316 MHP (EMC)

Your Honor:

    I am the attorney of record for Rimoni Sailele. I am writing to request travel by Mr. Sailele. Mr. Sailele's girlfriend, Lashawnta Darby, made plans to take her children to Sacramento State Fair in Sacramento, California. Ms. Darby would like Mr. Sailele to accompany them. She is his custodian and a surety on the bond. They intend to travel to Sacramento and return all on the same day, September 2, 2006.

    Neither U.S. Pretrial Services nor the United States Attorney's Office oppose this travel request. A proposed order is enclosed.

                              Sincerely,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              /s/ Ronald C. Tyler
                              RONALD C. TYLER
                              Assistant Federal Public Defender

RCT/md

Enclosure

cc:    Barbara Silano, AUSA
       Paul Mamaril, USPTSO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RIMONI SAILELE,<br><br>        Defendant. | No. CR 06-0316 MHP (EMC)<br><br>ORDER PERMITTING TRAVEL |

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Sacramento, California, leaving on September 2, 2006 and returning on that same day.

IT IS SO ORDERED.

DATED: August 31, 2006

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

ORDER PERMITTING TRAVEL
*United States v. Rimoni Sailele*
CR06-0316 MHP (EMC)