BARRY J. PORTMAN
Federal Public Defender
RONALD TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant
RIMONI SAILELE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00316 MHP |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE |
| vs. | ) ) | SENTENCING DATE FOR DEFENDANT RIMONI SAILELE |
| STANLEY JAMES PRYOR, JR., et al., | ) ) | |
| Defendant. | ) ) | |

The above-captioned matter is scheduled for a sentencing hearing before the Court on July 9, 2007 at 9:00 a.m.. Defense counsel respectfully requests a continuance of the sentencing date from July 9, 2007 until July 23, 2007 at 9:00 a.m. before the Court.

The reason for the request for continuance is due the unavailability of United States Probation Officer, Sara Black, who has stated that she would like to be present for the sentencing of Mr. Sailele. Counsel for government, Steven Jigger, has been contacted and has no objection to the request for continuance.

Stipulation and Order
Continuing Sentencing Date
*United States v. Stanley James Pryor, Jr., et al.*
CR 06-00316 MHP                            1

IT IS SO STIPULATED.

DATED: 6/14/2007  _____/S/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Rimoni Sailele

DATED: 6/14/2007  _____/S_____
STEVE JIGGER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 18, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel